USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ART MEDIA LLC,

                Plaintiff,

- against -

CHRISTOPHER BRANT,

                Defendant.
-------------------------------------------------------------X

19-cv-11218 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on March 24, 2020:

1. By March 31, 2020, the parties shall meet and confer regarding which, if any, of the affirmative defenses asserted in Defendant's Answer dated January 27, 2020 will be withdrawn without prejudice.

2. By April 30, 2020, Defendant shall file an Amended Answer that reflects any agreements reached during the parties' meet and confer(s), provides a factual basis for the affirmative defenses stated therein, and asserts Defendant's counterclaims, if any.

3. By May 14, 2020, the parties shall submit a revised proposed case management plan and scheduling order that includes proposed discovery deadlines.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2020
       New York, New York