Case 1:19-cv-11218-VM-RWL   Document 34   Filed 06/04/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ART MEDIA LLC,                          :        19-cv-11218 (VM) (RWL)

                  Plaintiff,      :

         - against -                   :        **ORDER**

CHRISTOPHER BRANT,                      :

                  Defendant.      :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties having previewed their respective arguments in more detail than previously, Plaintiff may proceed with its motion to dismiss counterclaims and strike affirmative defenses. (See Dkt. 31, 32, 33.) Plaintiff's motion shall be filed by July 1, 2020. Defendants' response shall be filed by August 5, 2020. Plaintiff's reply, if any, shall be filed by August 19, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2020
      New York, New York